# MEMORANDUM DECISIONS

**1**

## In the Matter of the Application of Carl E. ANDERSON.

(Court of Appeals of District of Columbia. Submitted May 10, 1926. Decided June 1, 1926.)

No. 1852.

J. T. Newton, of Washington, D. C., for appellant.

T. A. Hostetler, of Washington, D. C., for Commissioner of Patents.

Before MARTIN, Chief Justice, ROBB, Associate Justice, and SMITH, Judge of the United States Court of Customs Appeals.

PER CURIAM. Appeal from a decision of the Patent Office rejecting claims Nos. 1 to 5, inclusive, and 11, and 12, of an application for patent on a power atomizer for spraying liquids in oil-burning systems. Claims Nos. 5 to 10, inclusive, were allowed.

The contention of appellant here is that the tribunals of the Patent Office erred in holding that the outlet of Good's blower (patent No. 1,379,180) is sufficiently restricted as to constitute an anticipation of the rejected claims. As pointed out by the Patent Office, the rejected claims "do not indicate the amount of pressure created by the pump, nor do they recite anything in connection with which a high pressure would be useful. They are broader than the disclosed invention."

An examination of appellant's application and drawings, in connection with the prior art, convinces us that the allowed claims cover everything he has contributed to the art. Accordingly, the decision is affirmed.

Affirmed.

**2**

## In the Matter of the Application of LAMBERT TIRE & RUBBER CO., a Corporation, Assignee of William A. Brubaker.

(Court of Appeals of District of Columbia. Submitted May 10, 1926. Decided June 1, 1926.)

No. 1855.

A. E. Dietrich and Charles J. Diller, both of Washington, D. C., for appellant.

T. A. Hostetler, of Washington, D. C., for Commissioner of Patents.

Before MARTIN, Chief Justice, ROBB, Associate Justice, and SMITH, Judge of the United States Court of Customs Appeals.

PER CURIAM. Appeal from a decision of the Patent Office rejecting the claims of appellant's application for an automobile tire design, on the design patent to Follen, No. 55,600.

We agree with the Patent Office that applicant has taken the elements of Follen's tire and slightly rearranged them, and that such rearrangement does not amount to invention. The design of the tire exhibited at the oral argument is not the design of the application. The decision is affirmed.

Affirmed.

**3**

## Henry Du Bois Sons Company, Libelant-Appellee, v. Steam Tug ANSON M. BANGS, Her Engines, etc.; Moran Dry Dock & Repair Company, Claimant-Appellant.

(Circuit Court of Appeals, Second Circuit. May 17, 1926.)

No. 335.

Appeal from the District Court of the United States for the Southern District of New York.

H. L. Cheyney and Macklin, Brown & Van Wyck, all of New York City, for appellant.

A. V. Lynch, Jr., and Park, Mattison & Lynch, all of New York City, for respondent.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.